

# Fourth Court of Appeals
## San Antonio, Texas

February 3, 2015

No. 04-14-00621-CV

**IN THE INT OF CJT**, A Child,

From the 49th Judicial District Court, Zapata County, Texas
Trial Court No. 7,848
Honorable H. Paul Canales, Judge Presiding

# O R D E R

On December 19, 2014, appellants filed a motion to abate the briefing schedule in this appeal pending the filing of: (1) the exhibits to the reporter's record filed from the November 8, 2014 proceeding; and (2) the reporter's record from the June 24, 2014 proceeding. On December 23, 2014, this court granted the motion and ordered three court reporter's to file the supplemental records referenced in the motion by January 21, 2015.

On January 12, 2015, a supplemental reporter's record was filed containing the exhibits to the November 8, 2014 proceeding. Ms. Leticia Escamilla has been identified as the court reporter responsible for preparing the June 24, 2014 record. On January 30, 2015, Ms. Escamilla filed a notification of late record stating that the June 24, 2014 record has not been filed because appellants have failed to pay or make arrangements to pay the reporter's fee for preparing the record and that appellants are not entitled to appeal without paying the fee.

It is therefore ORDERED that appellants provide written proof to this court within ten (10) days of the date of this order that either (1) the reporter's fee has been paid or arrangements have been made to pay the reporter's fee; or (2) appellants are entitled to appeal without paying the reporter's fee. If appellants fail to respond within the time provided, appellants' brief will be due within thirty (30) days from the date of this order, and the court will consider only those issues or points raised in appellants' brief that do not require a reporter's record for a decision. See Tex. R. App. P. 37.3(c).

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of February, 2015.



_____
Keith E. Hottle
Clerk of Court